**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-2765-16T1

IN THE MATTER OF PRINCETON
CHARTER SCHOOL'S REQUEST
TO AMEND ITS CHARTER.

_____

Submitted October 4, 2018 – Decided  October 17, 2018

Before Judges O'Connor, Whipple and DeAlmeida.

On appeal from the New Jersey Department of Education.

Fogarty & Hara, attorneys for appellant Board of Education of the Princeton Public Schools (Vittorio S. LaPira, of counsel and on the brief; Robert D. Lorfink, on the brief).

Johnston Law Firm, LLC, attorneys for respondent Princeton Charter School (Thomas O. Johnston, of counsel and on the brief; Rula Alzadon Moor, on the brief).

Gurbir S. Grewal, Attorney General, attorney for respondent Commissioner of Education (Melissa Dutton Schaffer, Assistant Attorney General, of counsel; Lori B. Prapas, Deputy Attorney General, on the brief).

PER CURIAM

We have been advised prior to argument this matter has been amicably adjusted, and the parties have stipulated to the dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-2765-16T1